**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| DAVID WILLIAMS, | ) | No. CV 22-236-CJC (PLA) |
| Plaintiff, | ) | **ORDER CLOSING CASE** |
| v. | ) | |
| LOMPOC FEDERAL CORRECTIONS COMPLEX, et al., | ) | |
| Defendants. | ) | |

On January 10, 2022, plaintiff filed a "Complaint for Administrative Review" (ECF No. 1) without paying the Court's filing fee or submitting a request to proceed without prepayment of the filing fee. (ECF No. 1). On January 14, 2022, the Court gave plaintiff 30 days to submit an application to proceed in forma pauperis, and advised that failure to do so would result in dismissal of the action. (ECF No. 8). Instead, in a letter dated January 19, 2022 (ECF No. 9), plaintiff submitted a document in which he asks that the Court close his case and states that no filing fee will be forthcoming ("Request"). The Court construes the Request as a request for voluntary dismissal of this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41 allows for the voluntary dismissal of an action by a plaintiff without prejudice and without a court order before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1); Hamilton v. Shearson-Lehman Am. Express, Inc., 813 F.2d 1532,

1534 (9th Cir. 1987).  Defendant has not yet been served or appeared in this action.  Accordingly, this case is **closed**.

**IT IS SO ORDERED.**

DATED: January 31, 2022

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE