**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DAVID WILLIAMS,<br><br>          Plaintiff,<br><br>     v.<br><br>LOMPOC FEDERAL CORRECTIONS COMPLEX, et al.,<br><br>          Defendants. | Case No. 2:22-cv-00236-FWS-PLA<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC"), all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Defendants' Motion to Dismiss is granted.
3. Plaintiff's FAC is dismissed without leave to amend and without prejudice for lack of subject matter jurisdiction and because plaintiff's factual allegations fail to state a federal claim that has an arguable basis in fact or law.

/

/

4. If plaintiff wishes to seek a reduction in his sentence, then plaintiff should file a motion pursuant to 18 U.S.C. § 3582(c)(1)(A) with his sentencing court in <u>United States v. Williams</u>, Central District of California, Case No. 2:12-CR-01197-DSF-1.

5. Judgment shall be entered consistent with this Order.

6. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: November 15, 2022

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE