JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID WILLIAMS, | Case No. 2:22-cv-00236-FWS-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOMPOC FEDERAL CORRECTIONS COMPLEX, et al., | |
| Defendants. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the First Amended Complaint in this matter is dismissed without leave to amend and without prejudice for lack of subject matter jurisdiction and because plaintiff's factual allegations fail to state a federal claim that has an arguable basis in fact or law.

DATED: November 15, 2022

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE